■ In the Matter of JOSEPH N. BARNES (Admitted as JOSEPH NATHAN BARNES), a Suspended Attorney. [746 NYS2d 255] —Petition for reinstatement referred to the Departmental Disciplinary Committee, as indicated. No opinion. Concur—Nardelli, J.P., Mazzarelli, Rosenberger, Wallach and Rubin, JJ.

■ In the Matter of RICHARD M. TILKER (Admitted as RICHARD MARK TILKER), a Disbarred Attorney. [746 NYS2d 255] —Petition for reinstatement referred to the Departmental Disciplinary Committee, as indicated. No opinion. Concur—Tom, J.P., Sullivan, Rosenberger, Ellerin and Rubin, JJ.